UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| MARLON TROY DUMARCE, | CIV. 16-04034-KES |
|---|---|
| Petitioner, | |
| vs. | JUDGMENT |
| DOUGLAS WEBER, WARDEN; and MARTY JACKLEY, ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA; | |
| Respondents. | |

Pursuant to the Order Adopting the Report and Recommendation and Dismissing Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against petitioner, Marlon Troy DuMarce.

Dated August 10, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE